# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT M. MUMMA, II, | : Civil No. 1:20-CV-00017 |
| Appellant, | : |
| v. | : |
| DOUBLE M DEVELOPMENT, *et al.*, | : |
| Appellees. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 31st day of January, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED** that the motion to withdraw the reference filed by Movant Robert M. Mumma, II (Doc. 1) is **DENIED**. The Clerk of Court is accordingly directed to close this case.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Court Judge
        Middle District of Pennsylvania